433 A.2d 541

Trageser, Appellant v. Bonzer etc.

Argued November 11, 1980. Robert H. Somerton, for appellant; Jan C. Swensen, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The judgment of the lower court is affirmed.

April 10, 1981.

433 A.2d 541

Allen v. Blagbrough, Appellant.

Argued January 19, 1981. Richard L. Raymond, for appellant; William A. Pistone, for appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

The order of the court below is affirmed.